1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | **RODERICK WASHINGTON** ) | **1:05-cv-01484-OWW WMW HC** |
| 13 | **Petitioner,** ) | **ORDER REQUIRING** |
| | ) | **RESPONDENT TO FILE** |
| 14 | **vs.** ) | **RESPONSIVE PLEADING** |
| | ) | |
| 15 | ) | **ORDER SETTING BRIEFING** |
| | **J. WOODWARD, DIRECTOR,** ) | **SCHEDULE** |
| 16 | ) | |
| | **Respondent.** ) | **ORDER DIRECTING CLERK** |
| 17 | ) | **OF COURT TO SERVE** |
| | ) | **DOCUMENTS** |
| 18 | _____ ) | |

19
20

21        Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant

22   to 28 U.S.C. Section 2254.

23        The Court has conducted a preliminary review of the Petition.  Accordingly, pursuant

24   to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of

25   Civil Procedure,[1] the Court HEREBY ORDERS:

26   _____

27        [1]The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the
     extent that the practice in such proceedings are not set forth in the statutes of the United States
28   and has heretofore conformed to the practice of civil actions."  Fed.R.Civ.P. 81(a)(2).  Rule 11

1    (1)  Respondent SHALL SUBMIT a RESPONSIVE pleading by filing one of the

2        following:

3        A.  AN ANSWER addressing the merits of the Petition and due within **NINETY**

4            **(90)** days of the *date of service* of this order.  Rule 4, Rules Governing

5            Section 2254 Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-1474 (9th Cir.

6            1985) (court has discretion to fix time for filing an Answer.).

7            1)  Respondent SHALL INCLUDE with the Answer any and all transcripts

8                or other documents necessary for the resolution of the issues presented in

9                the Petition. Rule 5 of the Rules Governing Section 2254 Cases.

10           2)  Any argument by Respondent that Petitioner has *procedurally defaulted* a

11               claim(s) SHALL BE MADE in an ANSWER that also addresses the

12               merits of the claims asserted. This is to enable the Court to determine

13               whether Petitioner meets an exception to procedural default. <u>See</u>, <u>Paradis</u>

14               <u>v. Arave</u>, 130 F.3d 385, 396 (9th Cir. 1997) (Procedurally defaulted claims

15               may be reviewed on the merits to serve the ends of justice);  <u>Jones v.</u>

16               <u>Delo</u>, 56 F.3d 878 (8th Cir. 1995) (the answer to the question that it is

17               more likely than not that no reasonable juror fairly considering all the

18               evidence, including the new evidence, would have found Petitioner guilty

19               beyond a reasonable doubt necessarily requires a review of the merits).

20           3)  Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date

21               Respondent's Answer is filed with the Court.

22       B.  A MOTION TO DISMISS due within **SIXTY(60)** days of the *date of service*

23

24

25

26  also provides "the Federal Rules of Civil Procedure, to the extent that they are not inconsistent
    with these rules, may be applied, when appropriate, to the petitions filed under these rules."  Rule
27  11, Rules Governing Section 2254 Cases.

28                                         2

of this order based on the following grounds:[2]

    i.  EXHAUSTION - 28 U.S.C. § 2254(b)(1).  A Motion to Dismiss for Petitioner's failure to exhaust state court remedies SHALL INCLUDE copies of all the Petitioner's state court filings and dispositive rulings relevant to the examination of the statute limitations issue as required by Ford v. Hubbard, 330 F.3d 1086 (9th Cir. 2003) and Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003);

    ii.  STATUTE OF LIMITATIONS - 28 U.S.C. § 2244(d)(1).  A Motion to Dismiss the Petition as filed beyond the one year limitations period SHALL INCLUDE copies of all Petitioner's state court filings and dispositive rulings.

    iii.  SECOND OR SUCCESSIVE Petitions - 28 U.S.C. § 2244(b).  A Motion to Dismiss the Petition on the basis of § 2244(b) SHALL include a copy of the previously filed federal Petition and disposition thereof.

2.  OPPOSITIONS to Motions to Dismiss SHALL be served and filed within EIGHTEEN (18) days, plus three days for mailing.  All other Oppositions SHALL be served and filed within EIGHT (8) days, plus three days for mailing.  REPLIES to Oppositions to Motions to Dismiss SHALL be served and filed within eight (8) days, plus three days for mailing.  Replies to Oppositions to all other Motions SHALL be served and filed within eight (8) days, plus three days for mailing.  If no opposition is filed, all motions are deemed submitted at the

---

[2]Rule 4 of the Rules Governing Section 2254 Cases provides that upon the court's determination that summary dismissal is inappropriate, the "judge shall order the respondent to file an answer or *other pleading . . . or to take such other action as the judge deems appropriate.*" Rule 4, Rules Governing Section 2254 Cases (emphasis added); see, also, Advisory Committee Notes to Rule 4 and 5 of Rules Governing Section 2254 Cases (stating that a dismissal may obviate the need for filing an answer on the substantive merits of the petition and that the Attorney General may file a Motion to Dismiss for failure to exhaust.); also, White v. Lewis, 874 F.2d 599, 60203 (9th Cir.1989) (providing that Motions to Dismiss pursuant to Rule 4 are proper in a federal habeas proceeding.)

1    expiration of the opposition period.

2    3.   Unless already submitted, both Respondent and Petitioner SHALL COMPLETE

3         and RETURN to the Court along with the Response or Motion to Dismiss, a

4         Consent form indicating whether the party consents or declines to consent to the

5         jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C.

6         § 636(c)(1).

7    4.   RESPONDENT SHALL submit a Notice of Appearance as attorney of record

8         within **SIXTY (60)** days of the date of service of this order for purposes of

9         service of court orders.  <u>See</u>, Local Rule 83-182(a), 5-135(c).

10   5.   The Clerk of the Court is DIRECTED to SERVE a copy of this order along with

11        a PDF-form copy of the PETITION and any exhibits/attachments, on the

12        Attorney General or his representative.

13        All motions shall be submitted on the record and briefs filed without oral argument

14   unless otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule

15   11-110 are applicable to this order.

16

17

18   IT IS SO ORDERED.

19   **Dated:    February 6, 2007**            **/s/  William M. Wunderlich**
20   bl0dc4                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28                                    4