IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RODERICK WASHINGTON,** | ) | No. CV-F-05-1484 OWW/WMW HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING ISSUANCE OF A |
| | ) | CERTIFICATE OF APPEALABILITY |
| vs. | ) | |
| | ) | |
| **ALLEN SCRIBNER, et al.,** | ) | |
| | ) | |
| Respondent. | ) | |

On November 7, 2007, Petitioner filed a Notice of Appeal wherein Petitioner appeals "the dilatory tactic and denial of access to Curt to litigate Release [sic]." (Doc. 31).

Petitioner is a state prisoner represented by counsel who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Central District of California. The case was transferred to this Court on November 22, 2005. By Order filed on February 7, 2007, Respondent was ordered to file a response to the petition or to file a motion to dismiss within the time limits set forth in the

1  **Order.  (Doc. 25).  As of November 7, 2007, Respondent had not**
2  **complied with the February 7, 2007 Order.  There have been no**
3  **further proceedings in this action.**
4  **     Pursuant to 28 U.S.C. § 2253(a), final orders issued by a**
5  **federal district court in habeas corpus proceedings are**
6  **reviewable by the Circuit Court of Appeal.  In order to have**
7  **final orders reviewed, Petitioner must obtain a Certificate of**
8  **Appealability.  28 U.S.C. § 2253(c).**
9  **     Here, Petitioner's deemed request for a Certificate of**
10 **Appealability must be denied because there has been no final**
11 **order on which an appeal may be predicated.**
12       IT IS SO ORDERED.
13 **Dated:   November 26, 2007           /s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE