IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODERICK WASHINGTON** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>**J. WOODWARD, DIRECTOR,** )<br>)<br>Respondent. )<br>)<br>_____ ) | 1:05-cv-01484-OWW WMW HC<br><br><br><br>**ORDER TO SHOW CAUSE** |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 7, 2007, the court entered an order requiring Respondent to file a responsive pleading in this action. Respondent has not yet done so. Accordingly, Respondent is HEREBY ORDERED to show cause, within ten (10) days of service of this order, why she should not be sanctioned for failure to comply with the court's

order.

IT IS SO ORDERED.

**Dated:   November 27, 2007**            **/s/  William M. Wunderlich**
                                                                 UNITED STATES MAGISTRATE JUDGE

2