IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODERICK WASHINGTON** ) | 1:05-cv-01484-OWW WMW HC |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER DISCHARGING** |
| ) | **ORDER TO SHOW CAUSE** |
| ) | |
| **J. WOODWARD, DIRECTOR,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On February 7, 2007, the court entered an order requiring Respondent to file a responsive pleading in this action.  As of November 28, 2007, Respondent has not yet done so.  Accordingly, this court issued an order requiring Respondent to show cause within ten days why she should not be sanctioned for failure to comply with the court's order.

    On December 12, 2007, Respondent filed a response to this court's order, explaining the circumstances through which this court's order requiring an answer was lost or misplaced

in the Attorney General's Office.  Along with the response, Respondent filed her answer to the petition.

      Good cause, appearing, the court's order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:   December 17, 2007**             /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE